UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMMETT SPOONER, ET AL

VERSUS

SID GAUTREAUX, ET AL

CIVIL ACTION

NO. 11-89-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 20, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court shall abstain from exercising jurisdiction in this matter and this matter shall be dismissed without prejudice.

Baton Rouge, Louisiana, July *14*, 2011.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA